BOWERY SAVINGS BANK, Respondent, v. MAYTIME BUILDING CORPORATION and Others, Defendants. (BLUE RIDGE COAL CORPORATION, Appellant.) — Order denying motion to Blue Ridge Coal Corporation to modify the order appointing

the receiver herein, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.